Thomas G. McGay, appellee, v. The Equitable Life Assurance Society of the United States, appellant. Gen. No. 35,743.

Heard in the second division of this court for the first district at the February term, 1932. Opinion filed November 22, 1932.

Mayer, Meyer, Austrian & Platt, for appellant; Frederic Burnham and Frank D. Mayer, of counsel. Frederick A. Brown and Ernest S. Gail, for appellee; William G. Worthey and Edward D. Lapperre, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.